# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br>      Plaintiff(s),<br>v.<br>WELLS FARGO BANK, N.A.,<br>      Defendant(s). | Case No.: 2:18-cv-01530-RFB-NJK<br><br>**ORDER** |

On September 19, 2018, this case was stayed pending arbitration of this matter. Docket No. 6. The Court **ORDERS** the parties to file a joint status report by September 6, 2019, and every 90 days thereafter.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1